AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In Re DMCA Subpoena to Cloudflare )
*Plaintiff* )
v. ) Civil Action No. 3:23-mc-5013
)
)
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: CLOUDFLARE, INC.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See description in Exhibit A attached hereto

| Place: Specialized Legal Services<br>112 Bryant St., #200<br>San Francisco, CA 94103 | Date and Time:<br>08/23/2023, 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* MG PREMIUM LTD. , who issues or requests this subpoena, are:

Spencer D. Freeman, Freeman Law Firm, Inc. 1107 1/2 Tacoma Ave. S., Tacoma, Washington 98402; 253-838-4500

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

DMCA Subpoena - 1

Case 3:23-mc-05013  Document 1-2  Filed 08/09/23  Page 2 of 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

Print    Save As...    Add Attachment    Reset

Case 3:23-mc-05013 Document 1-2 Filed 08/09/23 Page 3 of 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

### Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

---

# Exhibit A

## Documents and Information to be Produced
## Pursuant to this DMCA Subpoena

For the period January 1, 2020 through the present, produce all documents,[1] account records, and other any other information that identify the person(s) or entities that caused the infringement of the material described in the attached Exhibit B "Notifications of Copyright Infringements issued pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc"; and/or who unlawfully uploaded MG Premium Ltd's copyrighted works at the URLs listed in the notifications, including but not limited to identification by names, email addresses, IP addresses, user history, posting history, physical addresses, telephone numbers, and any other identifying information.

---

[1] Definitions.  The term "document" as used herein, means any and all materials falling within subparagraphs (1) through (4) of Rule 1001, Federal Rules of Evidence, including without limitation computer logs, summaries, account records, invoices, receipts, spreadsheets, charts, reports, agreements, correspondence, facsimile messages, electronic mail, memoranda, notes, data, notations, reports and records of any communications (including telephone or other conversations, interviews, conferences or committee or other meetings), letters, affidavits, statements, plans, specifications, contracts, licenses, photographs, objects, tangible things, journals, books or other records of accounts, summaries of accounts, balance sheets, income statements, bills, lists, tabulations, graphs, recordings, computer records and all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing, however denominated.

# Exhibit B

## Copies of Notifications Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc.

| | |
|---|---|
| Subject | **DMCA Takedown Notice for Copyright Infringement – MG Premium Ltd.** |
| From | Jason Tucker  |
| To | <abuse@cloudflare.com> |
| Cc | |
| Date | 2023-08-02 01:32 PM |

```
Agent: Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA  94107
Phone: 6503198930
via Email: abuse@cloudflare.com

RE: DMCA Takedown Notice for Copyright Infringement – MG Premium Ltd.

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief that the
foregoing is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to
Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the
content that is on your system. If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or
awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium, Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address:                                         85016 USA
Email:

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which
are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.
```

Links to Infringing Material:
https://fullporner.com/channel/brazzers
https://fullporner.com/channel/realitykings
https://fullporner.com/channel/mofos
https://fullporner.com/watch/64ac9dde2d1dd6bf0e777110
https://fullporner.com/watch/6498d7602d1dd6bf0e775243
https://fullporner.com/watch/648a56dd2d1dd6bf0e773b88
https://fullporner.com/watch/5e6077ee36ebf415681cdc37
https://fullporner.com/watch/5e6077db36ebf415681cc49c
https://fullporner.com/watch/5e6077de36ebf415681cc880
https://fullporner.com/watch/5e6077d136ebf415681cb9d3
https://fullporner.com/watch/5e6077c448aaec1545b0d949
https://fullporner.com/watch/5e6077c048aaec1545b0d534
https://fullporner.com/watch/5e6077b648aaec1545b0ca38
https://fullporner.com/watch/5e6077d336ebf415681cbd64
https://fullporner.com/watch/5e6cc1301a346556b06bf218
https://fullporner.com/watch/60b9eef35c3ed678e8720ea7
https://fullporner.com/watch/5e7a5e377f58dd238103d5f7
https://fullporner.com/watch/5e8c97d9e113ed0fad4c4b34
https://fullporner.com/watch/63bcacda385286513f869258
https://fullporner.com/watch/63b37259385286513f868308
https://fullporner.com/watch/63aa37db385286513f8673ea
https://fullporner.com/watch/63a24edd385286513f866702
https://fullporner.com/watch/6397c2db385286513f8655ae
https://fullporner.com/watch/638e885b385286513f864694
https://fullporner.com/watch/63854ddc385286513f863782
https://fullporner.com/watch/637c135e385286513f86285d
https://fullporner.com/watch/6372d8e1385286513f861937
https://fullporner.com/watch/6369ac6b1413eebc03868678
https://fullporner.com/watch/636071eb1413eebc03867747
https://fullporner.com/watch/6357295a1413eebc03866671
https://fullporner.com/watch/634deeda1413eebc03865762
https://fullporner.com/watch/6344b45c1413eebc038645e3
https://fullporner.com/watch/633b79db1413eebc038636bc
https://fullporner.com/watch/63323f5c1413eebc038627d9
https://fullporner.com/watch/632904e01413eebc038618fb
https://fullporner.com/watch/631fe5f5d1daa5c014d3b002
https://fullporner.com/watch/63168fe013a64b73bcfd27fd
https://fullporner.com/watch/639d06d36a1881df6b9008a6
https://fullporner.com/watch/62b7a3da15891b3524c8df0e
https://fullporner.com/watch/62b500db15891b3524c8de97
https://xiaoshenke.net/videoh/37db66c660124c61ca/541b6e551349824e77d475bfe537909f77d0e93ea92e3f20c2
https://xiaoshenke.net/videoh/c5fb163f824e9eeeca/541b6e571241825b72d27bb2d434ae8d71ccd107b3362431c20a
https://xiaoshenke.net/videoh/f1a5c7d32bac9f6aca/541b6d5f1849825a62c564b2d434ae9871d3eb3eb2232739de1a489a628bea
https://xiaoshenke.net/videoh/ae0de04da95f06c3ca/5c1e6a5e1854c55870d47c84d535ae9f76dbd111b52d26
https://xiaoshenke.net/videoh/a59a9c2e2ec7250aca/5c1f6f561754c7586bd873b4d938858e6ce1e30eb7
https://xiaoshenke.net/videoh/a754fc1765a45a6bca/5c1f6d501454ca4462c24fb4d40c85837be1fe13b3382f
https://xiaoshenke.net/videoh/60ad0ddf6788af6cca/5c1f6a531954c94864da4fb6db2183827fd9eb
https://xiaoshenke.net/videoh/d4f00c07845e5c4dca/5c1f6b531354c2526ac24fbcd527ae857bc9d10fb52d2827
https://xiaoshenke.net/videoh/e118e7875ed89dc4ca/5c1f64521554cd5460ee64b2ce20ae987fc8eb3eb62b3c31c2
https://xiaoshenke.net/videoh/a65cdaa87ef58fd8ca/5c1c6c541254cc5271d46484ce3b88b470dbe706b2202526c22642b670
https://xiaoshenke.net/videoh/128482b5773c09edca/5c1f69501954c25c6cd87ebce51e908f77cde10f85352f20ee094cb76d8beddeadf20187d126a16c271ab4d8e7f0
https://xiaoshenke.net/videoh/c3eeb87920e10181cb/5c1c6d511054ed4f66cb6abec820aea757e8cb3e8c232631df0d4aab668bc6fbbef8018ade2ba55a3c
https://xiaoshenke.net/videox/5e6f4e7b10b60
https://xiaoshenke.net/videoh/3cf56c93d83be246ca/5c1c6f561054cd4873ee78bec80c9c8473e1f908b62e



https://xiaoshenke.net/videoh/38263fe4cbb83c78ca/5c1c685f1954cc5268dd74b4cd3dae8f77dde508b425
https://xiaoshenke.net/videoh/52e56b822322cbc9ca/541a655e154182507eee72a9d520ea8c7bdbe51885050c0bd51646b65c99f7deb3
https://xiaoshenke.net/videoh/7da2a111a3dcb315ca/541a6551164b82704efd5684ef0c818a6ccad115ad2d
https://xiaoshenke.net/videoh/53a9f8cd4872ab6eca/541a6550164f82704efd5684ef0c818a6ccad10eb427
https://xiaoshenke.net/videoh/95e38e97a6e3ae6cca/541a6553184b825566c37484ce3cae9869dfe20db535
https://xiaoshenke.net/videoh/324bacc7aab550b8ca/541a6552174e826f66d44f97d33faea972dfed0a85232430ee2e4bac779d
https://xiaoshenke.net/videoh/be349aae74927cb7ca/541a6555184d824d62c366a2e534849241d8fb02b1311536de0d4b9a608debc9a6de3284d726a55f27058ec9
https://xiaoshenke.net/videoh/4b7a9b570d5cca47ca/541a6554194882507eee579dc90c99846ae1e30eb71d2e3bd40a7ca46d99f5
https://xiaoshenke.net/videoh/0853de1f652d3a20ca/541a65571941824a68c37bb2d434ae8c77cce212
https://xiaoshenke.net/videoh/fc37e65a7707ffd0ca/541a6557104d825b75d475aec936ae9271d9ef3ebb2c2e0bc2114cb2668ac6d9aae235
https://xiaoshenke.net/videoh/ef9ffa986fa98b24ca/541a65561040825c58d27faec82094b477d0d102a8272b39c11046b6
https://xiaoshenke.net/videoh/9f3a4ff872f93c8dca/541a645e114e825066c263badd36ae8876dbef1585212b21d611579a6296fde0bbee3382d62cb0562a
https://xiaoshenke.net/videoh/671ee9fb86338a46ca/541a645e124a825f75d874bee009988772dfd10085243f37da1f46b677a7f8cb80f5368ee73aa1572a0785ddd1e7f325ac8fbcc6fcdb41
https://xiaoshenke.net/videoh/1130d3f4bee92265ca/541a64511240824f66c47eb8d22aae997bdfe215b5301533d40d509a658dfad4bae5019bd93fb06c21008e
https://xiaoshenke.net/videoh/47cec7c0f18dcae6ca/541a6450134a824a66c37eb2d434ae9876d1fe0db3243e31c30a7cb26a94f5e0bde4019bca22e9523d1dc6dfede2e632bc
https://xiaoshenke.net/videoh/7f620f5c618aab07ca/541a6453144a824975de65a8df21ae8a6cd1fb12bf30
https://xiaoshenke.net/videoh/d1657a2a444be610ca/541a6452144e825c65d87ebace3c83b42d8ebe51
https://xiaoshenke.net/videoh/1536687004241eb9ca/541a6455154d82496fd44fbcdb269f9f72dbfa
https://xiaoshenke.net/videoh/bf49d9b95c432347ca/541a6454164a825e6bd063a8c30c829e7ccbfc03bb2c1523d81f46b65c9becd280ee3c98dd3eb75a2100
https://xiaoshenke.net/videoh/aa669fe24aabb489ca/541a64571640824970de4fb7d532959841dffc0485202f20c51c519a7790f8d180ef3185dd
https://xiaoshenke.net/videox/639b9d6f56d8d
https://xiaoshenke.net/videoh/14b14198b6e26157ca/541a6b57174c825277c24fb2e527998270d5d1088526253ac5264ba4759dc6cfbeef2a82dd3e
https://xiaoshenke.net/videoh/58a3db58796ee4fbca/541a6b57144f825b6edd7c84ce3b94b46ddbf61885322635df2642a9719df8dba6de338adc28

--
Jason Tucker
+1 ▮▮▮▮▮▮▮▮
SKYPE: ▮▮▮▮▮▮▮▮

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.